# Law Offices of Colin Mulholland

### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

April 2, 2026

Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 3, 2026
```

Re: 24-cv-05763 Castillo v. Garden Herbs LLC et al

Your Honor,

The undersigned apologizes for missing the March 25, 2026 deadline. I had reached out to Defendants on March 24, 2026 asking about their timeline to counter sign the agreement but I have not heard back from them at all.

I have drafted and circulated an agreement but I have not received any response from Defendants since the mediation itself.

The undersigned would respectfully request the Court permit the parties to submit their Agreement on or before Monday April 13, 2026. I will endeavor to elicit a response from Defendants in that time period.

This tomorrow is Good Friday and April 6 is Easter Monday – it might be extremely difficult to obtain our clients signatures to meet the April 6, 2026 deadline without making further applications to the Court.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

GRANTED. The deadline for the parties to submit the settlement agreement and a joint letter, or a fully executed consent form to proceed before a Magistrate Judge, is hereby EXTENDED until **April 13, 2026**. Absent truly exceptional circumstances, the Court will not extend this deadline again. Under no circumstances should the parties file nothing by a Court-ordered deadline. If a joint filing is not possible, counsel must nevertheless submit a letter updating the Court and describing counsel's efforts at complying with the Court's Order. Further delays may trigger sanctions against both a party and counsel. The Clerk of Court is respectfully directed to terminate Dkt. No. 36.

SO ORDERED. Dated April 3, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE