**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARIA CASTILLO,
*Plaintiff*,

-against-

GARDEN HERBS, LLC, and ANDRES GALVIS,

Defendants.

---

**Case No. 24-cv-05763**

**JUDGMENT BY AFFIDAVIT OF CONFESSION**

MARGARET M. GARNETT, United States District Judge:

NOW, on the motion of Plaintiff MARIA CASTILLO by her attorney Colin Mulholland, Esq., a Settlement Agreement having been submitted to this Court for Approval on April 13, 2026, and this Court having approved that Agreement on April 14, 2026, in the amount of $20,000.00 within thirty days of Court Approval;

WHEREAS, Plaintiff represents that Defendants have only issued $5,000.00 of the total sum due under said Settlement Agreement;

WHEREAS, Plaintiff's counsel has submitted time records demonstrating $750.00 in reasonable attorney's fees expended enforcing the Settlement Agreement, and the parties set forth in their Settlement Agreement that the prevailing parties are entitled to reasonable fees and costs;

And, Defendants having failed to make all of the required payments under the Settlement Agreement entered into between the Defendants and Plaintiff, and upon the annexed motion of Colin Mulholland, Esq. in support of entry of judgment, it is hereby

ADJUDGED that Plaintiff Maria Castillo, 124 W 127th Street New York, NY 10027, does recover jointly and severally of each Garden Herbs LLC located at 544 Barretto St Bronx, NY 10474, and ANDRES GALVIS who resides at 200 W 60th Street Apt 31D New York, NY 10023; the sum of $15,750.00; plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a), and that the Plaintiff has execution therefor.

Judgment entered October 13, 2026

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE